# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

Vernon J. Leftridge, Jr.

_____,
Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

Connecticut State Trooper Officer # 1283
Connecticut Department of Public Safety
Connecticut State Police Internal Affairs Unit
Connecticut State Police

Case No. 3:07cv1166 (VLB)
(To be supplied by the court)

_____
Defendant(s).
(Full name(s) and capacity, *e.g.*, official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. Vernon J. Leftridge, Jr. (Plaintiff) is a citizen of Connecticut (State) who presently resides at PO BOX 747, Groton, CT 06340 mailing address (mailing address or place of confinement).
If plaintiff is incarcerated, provide inmate number: N/A

2. Defendant Connecticut State Police (name of first defendant) is a citizen of Connecticut (State) whose address is 1111 Country Club Road, Middletown, CT 06457-9294

Received at Hartford CT
Date: 7/20/07

and who is employed as <u>the Connecticut Department of Public Safety</u>
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

<u>CT DPS deprived and violated my constitutional rights to Equal Protection and Due Process under the law and the 14th Amendment of the United States Constitution.</u>

3. Defendant <u>Connecticut State Police Officers</u> is a citizen of <u>Connecticut</u>
   (name of second defendant)                                      (State)

whose address is <u>Unknown</u>

and who is employed as <u>Connecticut State Employees</u>
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

<u>Racially profiled, harrassed and unlawfully and unreasonbly engaged in a unconstitutional & illegal stop, detention and practice of discrimination. Violated my civil rights</u>

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   ✓    42 U.S.C. § 1983 (applies to state prisoners)

   ___  ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

<u>This action is brought pursuant to the Fourth and Fourteenth, and 15th Amendments of the Constitution of the United States, 42 U.S.C. § 1983, 1985, and 1986, Title VI of the Civil Rights Act of 1964, and CT Public Act 99-198 CGS 54-1L et seq., 54-1m and 46a-71(a)(b), U.S. Civil Rights Act of 1866.</u>

3. Plaintiff further invokes the pendant jurisdiction of this court to hear and decide claims arising out of state law.2

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. On October 31, 2005, I was harrassed, legally stopped and detained by a Connecticut State Police trooper whose identities are unknown. The trooper kept his hand on his revolver as he harrassed and spoke to me rudely, causing me great anxiety and fear of my safety through the encounter. These actions were taken for the stated reasons that I was speeding, then he changed his mine and stated that I was following to close to a car. this trooper targeted me. his actions were motivated because of my race/color, black Apperance and because I was driving an expensive SUV, consistent with the defendants' pattern and practice of discrimination and misconduct carried out in CT. The Connecticut State Police violated my civil and Constitutional Rights. The Connecticut State Troopers stopped me under the pretext of a minor traffic violation warning as a cover up, because he lacked probable cause to stop me.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** I have been deprived my right to equal protection and due process under the law. The hereinabove described acts and omissions constitute discrimination under the Civil Rights Act of the U.S.C and all applicable Federal Statues.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

a) On beleif of myself and as a innocent minority motorist of Connecticut, I have been betrayed by the Top Cops of this State, by their unconstitutional practices, misconduct and the handling of my "Traffic Stop Complaint" and "Racial Profile Complaint" within the Connecticut State Police Internal Affairs

b) Connecticut State Police practices and misconduct has been exposed by the New York Department of Public Safty detectives and investigators, which was published in the newspaper of the Hartford Courant in 2006.

c) Citizen complaints have been mishandled by the CT Internal Affairs Units, which was published in the Hartford Courant in 2006

d) On information, the investigator who was handling my complaint resigned from the Internal Affairs Unit.

3

**Claim II:** The discrimination has injured me and caused me extreme pain, humiliation and emotional distress.

**Supporting Facts:** I was diagnosed with a post traumatic stress disorder and several other medical conditions.

**Claim III:**

**Supporting Facts:**

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
____Yes __✓__No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

   b. Name and location of court and docket number_____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
   _____

   d. Issues raised: _____
   _____

   e. Approximate date of filing lawsuit:_____

   f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.   ____Yes  __✓__No.

If your answer is "Yes," briefly describe how relief was sought and the results.

3. I have exhausted available administrative remedies.  __✓__ Yes  ____ No.
If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion.
If your answer is "No," briefly explain why administrative remedies were not exhausted.

   See attached "Release of Jurisdiction"

5

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
   If you are not incarcerated, go to section G.

   a. Parties to previous lawsuit:      N/A

   Plaintiff(s):_____

   Defendant(s):_____

   b. Name and location of court and docket number _____

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit:_____

   e. Approximate date of disposition:_____

2. Are you in imminent danger of serious physical injury? ____ Yes ____ No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

N/A

## G. REQUEST FOR RELIEF

I request the following relief:

A.) Compensatory damages
B.) Punitive damages
C.) Declaratory relief
D.) Injunctive relief
E.) Monetary relief in excess of $100,000,000.00
F.) Costs in pursuing this action; and
G.) All other and further relief as this Court may deem appropriate under the circumstances.

## H. JURY DEMAND

Do you wish to have a jury trial? Yes ✓  No ___

_____
Original signature of attorney (if any)

_____
Printed Name

_____

_____

( )_____
Attorney's full address and telephone

_____
Email address if available

Vernon Leftridge
**Plaintiff's Original Signature**

Vernon J. Leftridge, Jr.
Printed Name

(respond to) P.O. Box 747 mailing address
Groton, CT 06340

(860) 908-3420  6 Birch Circle, Colchester, CT
Plaintiff's full address and telephone

_____
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Hartford  (location)  on  7/20/07  (date)

Vernon Leftridge
**Plaintiff's Original Signature**

(Rev. 8/25/04)

7

COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

**RELEASE OF JURISDICTION**

COMMISSION ON HUMAN RIGHTS AND
OPPORTUNITIES, <u>ex rel.</u>

<u>Vernon Leftridge, Jr.</u>
Complainant

Date: April 23, 2007

vs.

State of Connecticut
Department of Public Safety
<u>State Police</u>
Respondent

CCHRO CASE NO.: 0640383
EEOC CASE NO.:   N/A

<u>RELEASE OF JURISDICTION</u>

Pursuant to Complainant's and/or Complainant's attorney's request dated **April 17, 2007,** and received by the Commission on Human Rights and Opportunities on **April 18, 2007,** the Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above numbered and captioned complaint in accordance with Public Act No. 01-95. Also, in accordance with Section 46a-100, C.G.S. Complainant is hereby authorized to commence a civil action against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred or in which the Respondent transacts business. If this action involves a state agency or official, it may be brought in the Superior Court for the Hartford-New Britain judicial district.

**Please be advised that, pursuant to CONN. GEN. STAT. §46a-103, the Complainant or Complainant's attorney <u>must</u> <u>serve</u> on the Commission, at 21 Grand Street, Hartford, Connecticut 06106 at the same time all other parties are served, a copy of any civil action filed pursuant to this release. The Commission must be so served because it has a right to intervene in any action filed based on a release of jurisdiction.**

In granting this release, the Commission expressly finds, in accordance with Sections 46a-100 and Public Act No. 01-95, that all conditions precedent to the issuance of the release of jurisdiction have been complied with.

The complaint was filed on **April 24, 2006** and dismissed on **August 30, 2006.**

Form 500(6)

Page 1 of 2

The complaint:

- (X) was the subject of a reconsideration decision issued on **March 26, 2007**.

- ( ) has been pending a reconsideration request review for more than ninety (90) days from the date of the dismissal.

<u>The complainant must bring an action in Superior Court within ninety (90) days of receipt of this release and within two (2) years of the date of filing the complaint with the Commission.</u>  The Superior Court shall have such authority as is conferred upon it by Section 46a-104 of the C.G.S., and other laws of the State of Connecticut.

Concurrently, with the issuance of this Release of Jurisdiction, the Commission hereby administratively dismisses this complaint in accordance with Section 46a-101(d) of the Connecticut General Statutes. Furthermore, said dismissal is not subject to administrative judicial review.

Very truly yours,

*[signature]*

Donald E. Newton
Chief of Field Operations

Dated and entered of record in the Commission's Administrative Office in Hartford, Connecticut on this <u>23rd</u> day of <u>April, 2007</u>.

cc: Complainant: Vernon Leftridge, Jr.
    Certified Mail Receipt 7003 2260 0006 5928 4769
    Complainant's Attorney: N/A
    Respondent(s): John A. Danaher, III, Commissioner
        State of Connecticut, Department of Public Safety, State Police
    Respondent's Attorney: Attorney Dawn Hellier
    Regional Manager: James M. Flynn, Regional Manager,
        Eastern Regional Office

Form 500(6)