# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Vernon J. Leftridge, Jr.
Name of Plaintiff/Petitioner

v.

Case No. 3:07-cv-1166 (VLB)

CT State Trooper, et al
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Vernon J. Leftridge, Jr.

   Your present mailing address: PO BOX 747, Groton, Connecticut 06340

   Telephone number: (860) 908-3420

2. Are you presently employed? YES ✓ NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. Connecticut Department of Labor, 3580 Main Street, Hartford Connecticut, 06120

   Weekly earnings: $647.
   Biweekly: $1295.47

4. If you are not presently employed, please provide the name and address of your last

   N/A

Rev. 2/3/05

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. ____N/A____

____N/A____

Date last worked: ____N/A____

Weekly earnings: ____N/A____

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? __N/A__   ONLY BI-WEEKLY EARNINGS (see #3)

   b) interest, dividends, rents or investments of any kind? __N/A__  -0-

   c) gifts or inheritances of any kind? __N/A__  -0-

6. How much money do you have in any checking or savings account(s)?

   Checking: ____0____

   Savings: ____$5.00 (Five Dollars)____

   Prison account: ____N/A____

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO ✓

   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? __SEE ATTACHED "FINANCIAL AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED"__

For each debt, state the name of the creditor and the amount owed:

CREDITOR | AMOUNT OWED
NAVY FEDERAL CREDIT UNION | STUDENT LOANS $71,000
SEE ATTACHED "FINANCIAL AFFIDAVIT" | CONSOLIDATION LOAN $42,000

Rev. 2/3/05

2

___SEE ATTACHED "FINANCIAL AFFIDAVIT"___
___"___  ___"___
___"___  ___"___
___"___  ___"___
___"___  ___"___

9. List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

   ~~V.L.~~   J.L.   SON

   SEE ATTACHED "FINANCIAL AFFIDAVIT"

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO ___
    SEE ATTACHED "FINANCIAL AFFIDAVIT"     J.L.
    If the answer is YES, please provide the following information for each such person:

    Name: __J.L.__

    Relationship: __SON__

    Employer: __N/A__

    Weekly Earnings: __0__

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. I live paycheck to paycheck. I have entirely to much debt to afford an attorney to represent me. I can't afford an attorney. "SEE ATTACHED FINANCIAL AFFIDAVIT" I'm broke, I have to much financial obligations and difficulties.

NATURE OF YOUR CLAIM: The Connecticut State Trooper stopped me under the pretext of a minor traffic violation warning as a cover up, because he lacked probable cause to stop me.

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. On October 31, 2005, I was harrassed, illegally stopped and detained by a Connecticut State Trooper whose identities are unknown. The trooper kept his hand on his revolver as he harrassed

(Additional space on next page)

and spoke to me rudely, causing me great anxiety and fear of my safety throughout the encounter. These actions were taken for the stated reasons that I was speeding, then he changed his mind and stated that I was following to close to a car. This trooper targeted me and his actions were motivated because of my race, color, black appearance and because I was driving an expensive SUV, consistent with the defendants pattern and practice of discriminatory misconduct. My civil and Constitutional rights were violated.

EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ___ NO ___
I called and contacted three attorneys and left messages by phone.

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name __Dawne Westbrook__

   Date you contacted this attorney __August 7, 2007__

   Method of contact (in person, by telephone, etc.) __by telephone; left message with receptionist for attorney to call__

   Reason why attorney was not employed to handle your case __Receptionist stated that attorney is on vacation out of town__

   b) Attorney's name __Cynthia Jennings__

   Date you contacted this attorney __August 7, 2007__

   Method of contact (in person, by telephone, etc.) __by telephone; left message on voicemail to call__

Rev. 2/3/05                                    4

Reason why attorney was not employed to handle your case Have not talked to attorney yet, but left a message for her to call me regarding this case.

c) Attorney's name John R. Williams

Date you contacted this attorney August 7, 2007

Method of contact (in person, by telephone, etc.) by telephone

Reason why attorney was not employed to handle your case Have not spoke to attorney yet, but left a message for him to call me regarding this case.

15. Explain any other efforts you have made to obtain an attorney to handle your case.
Contacted the NAACP and was referred to Attorney Dawne Westbrook who is out of town.

16. Please provide any other information which supports your application for the court to appoint counsel. My civil and constitutional rights were violated. I have been a victim of police misconduct, an illegal stop and detention and harrassment. I have been deprived my right to equal protection and due process under the law and U.S. Constitution. I need someone who has the legal experience to litigate these type of cases. I have a stress disorder.

17. Do you need a lawyer who speaks a language other than English?
YES ___ NO ✓

Rev. 2/3/05                     5

If you answered YES, what language do you speak? ____N/A____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

____8/7/07____　　　　____[signature]____
Date　　　　　　　　　　　Original Signature of Movant

　　　　　　　　　　　Vernon J. Lettridge, Jr.
　　respond to: PO Box 747
　　　　　　　　　　Groton, CT 06340
　　　　　　　　　　Printed Name and Address of Movant


If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.


I hereby certify that a copy of the foregoing motion was mailed to:

Rev. 2/3/05　　　　　　　　　　6

(List all defendants or counsel for defendants with address and date mailed.)

Connecticut State Trooper Officer # 1283
Connecticut State Police
Connecticut Department of Public Safety
Connecticut State Police Internal Affairs Unit
1111 Country Club Road
Middletown, Connecticut 06457

_____
Original Signature of Movant

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

Vernon J. Leftridge, Jr.
Plaintiff(s),

v.

Connecticut State Police
Defendant(s).

Case No. _____

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ____ Married ✓ Separated ✓ Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ✓ No ____
Dependents: Wife ✓ Children # 1 Others # ____
and relationship _____

Please provide the names and ages of your children. If a child is a minor, please identify the child by initials only.
Name  J.L.                                           Age  9
Name  _____                                   Age ____
Name  _____                                   Age ____

**RESIDENCE**
Street Address: 6 Birch Circle #3
City: Colchester    State: CT
Zip Code: 06415    Telephone: (860) 908-3420

Rev. 10/3/05

2

## EDUCATION
Please circle the highest level of formal education you have received:
Grammar School  K 1 2 3 4 5 6 7 8       High School  9 10 11 12
College   1 2 3 4    Post-Graduate   1 ②  3 4

## EMPLOYMENT
If <u>employed</u> at present, complete the following:
Name of employer: __State of Connecticut Labor Department__
Address of employer: __3580 Main Street, Hartford, CT 06106__
How long employed by present employer: __Almost 3 years__
Income:  Monthly __$2600.__   Bi-Weekly __$1,295.47__
  ❷ ⓝⓞ
If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the ____ day of _____, 19____
The name of my last employer: _____
Address: _____
Telephone #: (   ) _____
The last salary or wages received: _____

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:   Monthly _____  Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _____
I am receiving $_____ monthly _____ weekly _____

## FINANCIAL STATUS
Owner of real property?  Yes ____  No ✓
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____

Rev. 10/3/05

3

Owed to: _____
Total: _____
_____ Monthly payment _____

Owed to: _____
Total: _____
_____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile: Make __Toyota__ Model __4Runner__ Year __2000__
Registered owner(s) name(s): _____
Present value of automobile: $7500
Owed to: __N/A__
Amount owed: __0__

Cash or Securities on hand:
Cash in banks and savings and loan associations: __0__
Names and addresses of banks and associations: __Navy Federal Credit Union__

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds: __N/A__

OBLIGATIONS:
Monthly rental on house or apartment:                     $ __940.__
Monthly mortgage payment on house:                        $ __N/A__
Gas bill per month:                                       $ __600.__
Electric bill per month:                                  $ __300.__
Phone bill per month:                                     $ __75.__
Car payments per month:                                   $ _____
Car insurance payments per month:                         $ __63.__
Other types of insurance payments per month:              $ __N/A__
Monthly payments to retail merchants:                     $ __N/A__
Please list: _____                               $ __0__
Please list: _____                               $ __0__
Monthly payments on any other outstanding loans or debts:
Please list: __Student Loans__                            $ __500.__
Please list: __Consolidation Loan__                       $ __11,000__
Any money owed to doctors, hospitals, lawyers             $ __42,000__
Please list: __Stress Therapy, PSY Counseling__           $ __20.__
Please list: __Milford Hospital__                         $ __1800.__
Monthly payment for maintenance or child support
under separation or dissolution agreement:                $ __400.__
Estimated monthly expenditure on food:                    $ __200.__

Rev. 10/3/05

4

Estimated monthly expenditure on clothing: $ 0

Total amount of monthly obligations: $ 3200.

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):

N/A

**PREVIOUS LITIGATION:**

If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| Case Number | Case Caption | Disposition of Case |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

Date: _____

_____
Original Signature of Affiant

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7/20/07

_____
Original Signature of Affiant

Rev.10/3/05

5

If you answered YES, what language do you speak? ___N/A___

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

___8/7/07___
Date

___Vernon Lettridge___
Original Signature of Movant

Vernon J. Lettridge, Jr.
respond to: PO Box 747
Groton, CT 06340
Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to: