## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VERNON J. LEFTRIDGE, JR. | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:07 CV 1166 (VLB) |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT STATE TROOPER | : | |
| OFFICER #1283, ET AL. | : | |
| *Defendants* | : | December 29, 2007 |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS CIVIL RIGHTS COMPLAINT/OJECTION TO DEFENDANT'S MOTIONS & MEMORANDUM MOTION TO STAY CIVIL RIGHTS COMPLAINT

The plaintiff objects to defendants motion to dismiss and memorandum and hereby moves, pursuant to all applicable Federal Statues and Federal Rules, to strike defendant's motion and stay the plaintiffs' civil rights complaint in its entirety for the reasons set forth below:

### FACTUAL BACKGROUND

On October 31, 2005, Jeffrey Bourgeois Officer #1283, racially profiled, harassed, unlawfully followed and unreasonably engaged in an unconstitutional illegal stopped and detained plaintiff without any justification.

The defendants violated plaintiffs' civil and constitutional rights to Equal Protection and Due Process under the law and deprived plaintiff of his Fourth, Thirteenth and Fourteenth Amendments of the United States Constitution and all applicable State and Federal Statues in the civil rights complaint.

The defendants claims that *"the plaintiff has failed to state a claims for which relief can be granted"* and states that *"the plaintiff has failed to allege any specific allegations against the defendant; and the plaintiff has failed to properly serve the complaint on the defendant in its or his official and/ or individual capacity".*

### ARGUMENT

The plaintiff have moved to object and stay the civil rights complaint and action for the following reasons:

1) **The plaintiffs' specific claims and request for relief were clearly stated in the plaintiffs' civil rights complaint.**

2) The defendants were all properly summoned, including the named state police officer #1283 <u>Jeffrey Bourgeois</u> (see attached summons dated August 24, 2007 & October 15, 2007).

3) On August 10, 2007 Officer Jeffrey Bourgeois #1283 and it agents in his and their official capacity did not accept service of the civil rights complaint from the United States Marshals.

4) Any "insufficiency of service" during the process was due to the defendants continued avoidance, knowledge and non-acceptance of the civil rights complaint from the United States Marshals.

5) There were never any insufficiencies of service by the plaintiff. The defendants did not accept service of the civil rights complaint from the United States Marshall on several occasions causing the defendant's myth of "Insufficiency".

6) Officer #1283 used his position as a state police officer for improper police misconduct and that he intended to cause harm to the plaintiff and fully knew and understood that he was acting beyond his powers. Officer Bourgeois was fully aware that he would cause me harm.

7) Plaintiff was caused harm as a result of the defendant's misconduct and discriminatory behavior.

8) A traffic violation warning ticket was given under the pretext of a minor traffic violation warning as a cover up, because he lacked probable cause to stop the plaintiff.

9) The defendants are fully aware that Officer #1283 name is Jeffrey Bourgeois

10) The defendants are not barred by immunity when they violate citizens' civil and constitutional rights.

11) This court has jurisdiction and full authority over this civil rights violations case.

The plaintiff hereby states that the true facts in the civil rights complaint is clear and that these are the true facts of this case and they are undisputable.

Plaintiff also moves, pursuant to all applicable Federal Rules and Statues that the court grants the plaintiff motion.

**PLAINTIFF**

Respectfully submitted by: Vernon J. Leftridge, Jr.
Po Box 747
Groton, CT 06340
Tel: (860) 537-8199

☎ AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Connecticut

Vernon J. Leftridge, Jr.

V.

Connecticut State Trooper, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3: 07 cv 1166 (VLB)

TO: (Name and address of Defendant)  Connecticut State Trooper
OFFicer # 1283, Trooper Jeffrey Bourgeois
Eastern District
401 West Thames Street
Norwich, CT 06360                    Pro/se

**YOU ARE HEREBY SUMMONED** and required to serve on ~~PLAINTIFF'S ATTORNEY~~ (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk
of this Court within a reasonable period of time after service.

True Copy
ATTEST
ROBERTA D. TABORA
Clerk, U.S. District Court
By_____
Deputy Clerk

CLERK

(By) DEPUTY CLERK

DATE        10/15/07

☎ AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Connecticut_____

Vernon J. Leftridge, Jr.

**SUMMONS IN A CIVIL CASE**

V.

Connecticut State Trooper, et al    CASE NUMBER:    3:07cv 1166 (VLB)

TO: (Name and address of Defendant)    OFFICER # 1283, Trooper Jeffrey
Connecticut State Trooper, official capacity] Bourgeois
Eastern District
401 West Thames Street
Norwich, CT 06360

PRO/SE

**YOU ARE HEREBY SUMMONED** and required to serve on ~~PLAINTIFF'S ATTORNEY~~ (name and address)

Vernon J. Leftridge Jr
PO BOX 747
Groton, CT 06340

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEVIN F. ROWE**

_____    _____
CLERK                                                          DATE   August 24, 2007

_____
(By) DEPUTY CLERK

# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF. Vernon J. Leftridge, Jr. | COURT CASE NUMBER 3:07cv 1166 (VLB) |
|---|---|
| DEFENDANT Jeffrey Bourgeois, Connecticut State Trooper Officer #1283  Official Capacity | TYPE OF PROCESS |

**SERVE**
> NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
> Connecticut State Police
>
> ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Eastern District HQ, 401 West Thames Street, Norwich, CT 06360

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| Vernon J. Leftridge, Jr.  PO Box 747  Groton, CT 06340 | Number of process to be served with this Form - 285 | 4 |
|---|---|---|
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                           Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER (860) 908-3420 | DATE 10/15/07 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin  No. ___ | District to Serve  No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date of Service | Time         am          pm | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

·.AO 398 (Rev. 12/93)

# NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE OF SUMMONS

TO: (A) _Connecticut State Trooper Officer # 1283, Jeffrey Bourgeois_

as    (B) _Connecticut State Police_ of (C) _Connecticut Department of Public Safe_

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the District of _Connecticut_

(D) _____

and has been assigned docket number (E)  _3:07CV1166 (VLB)_

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) _____ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this _____ day of

_____ , _____

_____

Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A—Name of individual defendant (or name of officer or agent of corporate defendant)
B—Title, or other relationship of individual to corporate defendant
C—Name of corporate defendant, if any
D—District
E—Docket number of action
F—Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

• .. AO 399 (Rev. 10-95)

# WAIVER OF SERVICE OF SUMMONS

TO: ___Vernon   J.   Leftridge,   Jr.___
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, ___Connecticut State Trooper Officer # 1283, Jeffrey Bourgecis___, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of ___Leftridge v. Connecticut State Trooper, et al___
(CAPTION OF ACTION)

which is case number ___3:07 CV 1166 (VLB)___ in the United States District Court
(DOCKET NUMBER)

for the _____ District of ___Connecticut___.

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after _____
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____                    _____
(DATE)                                              (SIGNATURE)

                              Printed/Typed Name: _____

                              As _____ of _____
                                        (TITLE)                                    (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

**STATE OF CONNECTICUT**

**WARNING TICKET**

| Issued by ↓ | STATE POLICE UNIT | POLICE DEPARTMENT TOWN OR CITY OF | OFFICER (Signature & Badge Number) | DATE |
|---|---|---|---|---|

**IDENTIFICATION OF OPERATOR**

NAME

ADDRESS

OPERATOR LICENSE (State & Number)

DATE OF BIRTH     TYPE

**IDENTIFICATION OF VEHICLE**

NAME OF VEHICLE OWNER

ADDRESS

YEAR    MAKE    MODEL    TYPE

REG. (State & No.)

**CONDITIONS**

TIME    TRAFFIC    WEATHER    ROAD

**LOCATION**

CITY OR TOWN    ROUTE NUMBER OR STREET NAME

**OFFENSE**

OTHER (Specify)

**DEFECTIVE EQUIPMENT**

☐ Vehicle Suspension  ☐ Tinted Glass  ☐ Signal Lights  ☐ Mirror
☐ Brakes  ☐ Steering Mechanism  ☐ Header Board  ☐ Misc. Lights  ☐ Markers Obscured
☐ Tires  ☐ Windshield Wiper  ☐ Head Lights  ☐ Stop Lights  ☐ Obscured Vision
☐ Horn  ☐ Windshield  ☐ Tail Lights  ☐ Other Glazing  ☐ Excessive Smoke
☐ Exhaust System
☐ OTHER (specify)

State of Connecticut
Department of Motor Vehicles
On The Web At http://dmvct.org

**PLEASE PRINT**
Use ballpoint pen. Bear Down.

DISTRIBUTION: White - DMV    Pink - Motorist    Yellow - Police

P-2 REV. 9-2001

## CERTIFICATION

I hereby certify that a copy of the forgoing was mailed in accordance with Rule

5(b) of the Federal Rules of Civil Procedure on this 29th day of December 2007 to:

Maura Murphy Osborne
Po Box 120
55 Elm Street
Hartford, CT 06141-0120

Vernon J. Leftridge, Jr.
P.O. Box 747
Groton, CT 06340
(860) 537-8199