UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Vernon L. Leftridge, Jr.,**           :
                                        :
V.                                      :           NO. 3:07-CV-1166(VLB)
                                        :
**Jeffrey Bourgeois**                   :

**JUDGMENT**

This action having come before the Court on plaintiff's motion to stay or, in the alternative, motion for reconsideration of a motion for extension of time before the Honorable Thomas P. Smith, United States Magistrate Judge, and the Honorable Vanessa L. Bryant, United States District Judge; and

The Honorable Thomas P. Smith having considered the full record of the case including applicable principles of law, and having filed a recommended ruling denying plaintiff's motion and recommending that the case be dismissed without prejudice, and the Honorable J. Bryant, having adopted the Magistrate Judge's recommended ruling; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered dismissing case.

Dated at Hartford, Connecticut, this 27th day of November, 2012.

                ROBIN D. TABORA, Clerk

                By  /s/LL_____
                  Loraine LaLone
EOD: 11/27/12            Deputy Clerk