U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

| | |
|---|---|
| VERNON J. LEFTRIDGE, JR., <br> Plaintiff, | :CIVIL ACTION NO. <br> 2012 NOV 28  P 2: 03 <br> : 3:06-CV-1166(TS)(VLB) <br> U.S. DISTRICT COURT <br> BRIDGEPORT, CONN |
| vs. | |
| JEFFREY BOURGEOIS <br> Defendant. | :NOVEMBER 28, 2012 |

### PLAINTIFFS MOTION FOR CLARIFICATION OF HONORABLE JUDGE VANESSA BRYANT DISMISSAL, DATED NOVEMBER 27, 2012

NOW COMES THE TEMPORARY ADA PRO SE PLAINTIFF, VERNON J. LEFTRIDGE, JR.. Pursuant to any and all applicable Federal Rules and Civil Procedures hereby moves for clarification of Judge Vanessa Bryant dismissal of case without prejudice. Plaintiff is at a lost rather this case has been dismissed without prejudice until Plaintiff is able to segregate files at Attorney John R. Williams law firm and continue to prosecute this action with due diligence after plaintiff recovery period. Plaintiff avers the following:

    The Second Circuit federal appellate jurisdiction statute allows appeals from an order dismissing a civil action in federal court with prejudice. However, appeals do not follow from a dismissal without prejudice order to comply with orders because of mitigating circumstances. Plaintiff hereby also to notifies this Honorable Court of his intention to segregate file in the upcoming weeks and will file notice when file is fully segregated per orders of the Court. Separately, plaintiff doctor had filed notice pursuant to this Courts directive and seeks clarification why case can't be stayed in lieu of dismissal without prejudice.

    WHEREFORE, the temporary pro se plaintiff Vernon J. Leftridge, Jr.

moves this Honorable Court for clarification of the November 27, 2012 ruling dismissing case without prejudice in lieu of staying case until plaintiff is able to segregate file. This action involves racial profiling, racially motivated acts, constitutional and civil rights violation by defendant Jeffrey Bourgeois.

Respectfully submitted,

THE TEMPORARY ADA PRO SE PLAINTIFF

BY: _____
VERNON J. LEFTRIDGE, JR.

### CERTIFICATE OF SERVICE

I the pro se Vernon J. Leftridge, Jr. do hereby certify that the foregoing was served, by regular U.S. Mail upon all parties including other counsel of record this 28th day, on November, 2012, set forth in Rule 5 of Federal Rules and Civil Court Procedures to:

**CONNECTICUT ATTORNEY GENERAL**
**ATTN: Maura Murphy Osbourne**
55 Elm Street, P.O. BOX 120
Hartford, CT 06141-0120
Phone No. (860) 808-5318
Fax No. (860) 808-5387

THE TEMP. ADA PRO SE PLAINTIFF

BY: _____
VERNON J. LEFTRIDGE, JR.
P.O. BOX 135
HARTFORD, CT 06141
(860) 961-4704